**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON**

IN RE:

**ELIZABETH R. COLLINS**                                                                                    CASE NO. 10-50990

**DEBTOR**

**J. JAMES ROGAN, TRUSTEE**                                                                         **PLAINTIFF**

**VS.**                                                                                                                    **ADVERSARY NO. 10-5065**

**LITTON LOAN SERVICING, L.P.;
THE BANK OF NEW YORK MELLON
f/k/a THE BANK OF NEW YORK, As Successor
to JP MORGAN CHASE BANK, N.A., as Trustee
for the Benefit of the Certificate Holders of POPULAR
ABE, INC. Mortgage Pass-Through Certificates
Series 2005-3;
AIG FEDERAL SAVINGS BANK, d/b/a WILMINGTON FINANCE;
GMAC MORTGAGE, LLC**                                                                                  **DEFENDANTS**

## ORDER FOR TRIAL

IT IS HEREBY ORDERED:

1. The parties shall have to and including **September 28, 2010** in which to complete discovery.

2. The parties shall have to and including **October 5, 2010** in which to jointly file:
    (a) stipulations of fact; and
    (b) stipulations of admissibility of exhibits that are to be placed in evidence, which exhibits shall be deemed admitted in evidence at trial.  This filing should be a list of the exhibits as well as the exhibits themselves.  If any part of a court record is to be used, only that portion which is relevant should be included.

3. Dispositive motions shall be filed on or before **October 5, 2010.**

4. By **October 18, 2010  (5:00 p.m.)**, each party shall file a Trial Brief which shall include a list of witnesses expected to be called at trial, with summary of anticipated testimony, and a list of exhibits expected to be used at trial.  The Trial Brief shall set forth the issues in question, a summary of what the evidence will tend to prove, and case and statutory authority in support of the respective positions of the parties.

In addition to the filing, a copy of the Trial Brief in a format using Microsoft Word 2000 or WordPerfect 9 or later shall be e-mailed to the court at the following address: jsmemos@kyeb.uscourts.gov. All citations of authorities and attachments are to be hyperlinked to the bookmarked text[1] and appended to the memorandum so that the reader can click on the hyperlink, where a statute or case is cited or attachment referred to in the memorandum, and go straight to the text of the cited material.

5. By **October 18, 2010 (12:00 noon)**, the parties shall provide the court with a trial notebook, containing paper copies of all pertinent documents to be referred to at trial.

6. Trial of this proceeding shall be **October 26, 2010 (Tuesday), beginning at 9:00 a.m. (prevailing time), in the U.S. Bankruptcy Courtroom, 2nd Floor, Community Trust Bank Building, 100 East Vine Street, Lexington, Kentucky.**

7. Each party shall have a sufficient number of copies of pre-numbered exhibits at trial for the court, opposing counsel, and the witness. If a party intends to use any portion of the main file as evidence in this proceeding, copies of the portions to be used shall be marked as exhibits.

8. No request for a continuance of the trial will be considered unless a motion for continuance is filed and served on opposing counsel or parties appearing *pro se* at least twenty-one (21) days prior to the date scheduled for trial. Such motion must be accompanied by the affidavit of a party or counsel for a party detailing the factual basis for the motion.

Copy to:

J. James Rogan, Esq. - to be served on all adverse parties

---

[1] Instructions available at http://www.kyeb.uscourts.gov CM/ECF materials - Hyperlinking briefs & pleadings

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
***The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.***



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge
Dated: Tuesday, July 20, 2010
(jms)**