UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| IN RE: | |
| ELIZABETH R. COLLINS | CASE NO. 10-50990 |
| Debtor | |
| | |
| J. JAMES ROGAN, TRUSTEE | PLAINTIFF |
| | |
| V. | Adv. No. 10-5065 |
| | |
| LITTON LOAN SERVICING, L.P. | DEFENDANTS |
| | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE-HOLDERS OF POPULAR ABE, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-3 | |
| | |
| AIG FEDERAL SAVINGS BANK d/b/a WILMINGTON FINANCE | |
| | |
| GMAC MORTGAGE, LLC | |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT LITTON LOAN SERVICING, LP**

Pursuant to Federal Rules of Bankruptcy Procedure 7026 and 7033, Plaintiff hereby propounds to Defendant Litton Loan Servicing, L.P. (hereinafter Litton), this First Set of Interrogatories to be answered and responded to fully and under oath within thirty (30) days after service hereof.

Interrogatory No. 1.

Identify the person or persons answering these Interrogatories, mailing address, whether employed by defendant, job title, length of employment, and the name of any

1

other person or persons, who assisted in such preparation of these answers and all documents utilized to prepare these answers.

Interrogatory No. 2.

Please identify each document in possession of Litton that supports its denial that Litton is not a creditor of Debtor Elizabeth R. Collins.

Interrogatory No. 3.

Please provide a copy of any written correspondence, facsimile, computer emails or computer generated correspondence, notes of telephone conversations or meetings, or other form of written document from Litton to JP Morgan Chase Bank, N.A. concerning the "Note Allonge" dated May 25, 2010 attached to the answer of Litton and The Bank of New York Mellon.

Interrogatory No. 4.

Please provide a copy of any written correspondence, facsimile, computer emails or computer generated correspondence, notes of telephone conversations or meetings, or other form of written document received by Litton from any other entity or individual, pertaining to the "Note Allonge" dated May 25, 2010 attached to the answer of Litton and The Bank of New York Mellon.

Interrogatory No. 5.

Please state the name, business address and telephone number of any employee or agent of Litton that reviewed the proof of claim filed by Litton on May 7, 2010 in the main case of Debtor Elizabeth R. Collins, a copy of which is attached hereto and incorporated by reference, prior to its filing on May 7, 2010, in the main case of Elizabeth R. Collins, Case no. 10-50990.

Interrogatory No. 6.

Please state the name, business address and telephone number of any employee or agent of Litton that reviewed the a copy of proof of claim no. filed May 7, 2010, a copy of which is attached hereto and incorporated by reference, subsequent to its filing on May 7, 2010, in the main case of Elizabeth R. Collins, Case no. 10-50990.

Interrogatory No. 7.

Please state the date, the name and business address of any employee or agent of Litton that acquired knowledge of the fact that a copy of the January 28, 2005 note in the principal amount of $135,200.00, payable to Wilmington Finance attached to proof of claim filed May 7, 2010 did not include an executed indorsement by an officer or employee of Wilmington Finance.

Interrogatory No. 8.

Please state the name, business address and telephone number of any employee, custodial agent or agent of Litton that provided copies of all documents to its attorneys to file its proof of claim in the main case of Debtor Elizabeth R. Collins, and identify each document provided by Litton its attorneys.

Interrogatory No. 9

Did Litton maintain a written policy manual, written guidelines or written procedures manual, or any type of electronic or computer guidelines pertaining to preparation and filing proof of claims in the United States Bankruptcy Courts?

Interrogatory No. 10.

If your answer to Interrogatory No. 9 is yes, would you provide a copy of such manual to your answers?

Interrogatory No. 11.

Please provide the name, business address and telephone number of the employee agent, or custodial agent of Litton that assembled the documents to file the proof of claim of Litton in the main bankruptcy case of Debtor Elizabeth R. Collins, Case no. 10-50990.

<u>Interrogatory No. 12.</u>

Please state if any employee or agent of Litton contacted by telephone, email, facsimile, text messaging, written letter or any other form or means of communication any officer or employee of Popular ABS, Inc. concerning the note dated January 28, 2005, in the principal amount of $135,200.00, payable to Wilmington Finance.

<u>Interrogatory No. 13.</u>

If your answer is yes to Interrogatory No. 12, please provide a copy of such written communication or a summary of any verbal communication to include the name, address and telephone number of any employee or agent of Litton.

<u>Interrogatory No. 14.</u>

Please state the factual basis for any affirmative defense that you intend to assert in this matter.

<u>Interrogatory No. 15</u>   Identify by name and address each person whom you expect to call as a witness at the trial of this action.  With regard to each such person, please state the subject matter on which the witness is expected to testify and the substance of the facts to which the witness is expected to testify.

<u>Interrogatory No. 16.</u>

Identify by name and address each person whom you expect to call as an expert witness at the trial of this action.  With regard to each such person, please state his qualifications; the subject matter on which the expert is expected to testify; the substance of the facts and opinions to which the expert is expected to testify; and a summary of the

4

grounds for each such opinion. Please provide with your answer a copy of the expert witness' curriculum vitae and his report.

Interrogatory No. 17.

Please state the name, business address and telephone number of the employee or agent of Litton who provided a copy of note dated January 28, 2005, in the principal amount of $135,200.00, payable to Wilmington Finance, a copy of which is attached hereto, to Nielson & Sherry, PSC for inclusion in the answer of Litton and The Bank of New York Mellon in this adversary proceeding.

Interrogatory No. 18.

Please state the date on which Litton obtained possession of the original note dated January 28, 2005, in the principal amount of $135,200.00, payable to Wilmington Finance and the name and address of the entity that transferred possession of the original note to Litton.

Interrogatory No. 19.

Does Litton have a transmittal letter or any other written document to verify the date of its receipt of the original note dated January 28, 2005, in the principal amount of $135,200.00, payable to Wilmington Finance?

Interrogatory No. 20.

If your answer to Interrogatory No. 19 is yes, please provide a copy of such document.

Interrogatory No. 21.

Please state the name, business address and telephone number of the employee or agent of Litton who provided a copy of note "Allonge to Note" dated January 28, 2005, a copy of which is attached hereto, to Nielson & Sherry, PSC for inclusion in the answer of

Litton and The Bank of New York Mellon in this adversary proceeding.

Interrogatory No. 22.

If your answer to Interrogatory No. 21 is yes, please provide a copy of such document.

/s/ J. James Rogn
J. James Rogan, PSC
345 South Fourth Street
Danville, Kentucky 40422
(859) 236-8121

ATTORNEY FOR J. JAMES ROGAN, TRUSTEE

CERTIFICATE OF SERVICE:

A true and correct copy of the above Interrogatories was served electronically to all parties entitled to electronic notice of pleadings in the within adversary proceeding or by U.S. mail on September 15, 2010 to the following:

Blaine J. Edmonds, III
Amanda V. Green
Nielson & Sherry, PSC
639 Washington Avenue
Newport, KY 41071

ATTORNEYS FOR Litton Loan Servicing, LP

/s/ J. James Rogan
J. James Rogan