UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

ELIZABETH R. COLLINS                                CASE NO. 10-50990
Debtor

J. JAMES ROGAN, TRUSTEE                             PLAINTIFF

    V.                                              Adv No. 10-05065

LITTON LOAN SERVICING, L.P.

THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK AS SUCCESSOR TO
JP MORGAN CHASE BANK, N.A. AS TRUSTEE
FOR THE BENEFIT OF THE CERTIFICATE
HOLDERS OF POPULAR ABE, INC. MORTGAGE
PASS-THROUGH CERTIFICATES SERIES 2005-3

AIG FEDERAL SAVINGS BANK
d/b/a/ WILMINGTON FINANCE

GMAC MORTGAGE, LLC

## NOTICE OF CONTINUED HEARING

    Comes J. James Rogan, trustee, and gives notice of continuance of hearing on

Motion to Dismiss of Defendant Citibank, NA as Trustee of 2007-SV1 (Doc. #8) for

October 21, 2010 at 9:00 a.m. in the Second Floor Courtroom, U.S. Bankruptcy Court,

100 East Vine Street, Lexington, Kentucky.

    Dated: September 22, 2010

                                        /s/ J. James Rogan
                                        J. James Rogan, Trustee
                                        345 South Fourth Street
                                        Danville, Kentucky 40422
                                        (859) 236-8121

CERTIFICATE OF SERVICE

      A copy of the foregoing Notice of Hearing was served to all parties receiving notice by electronic means including Holly N. Wolf, attorney for defendant and the Assistant U.S. Trustee, 100 East Vine St. Suite 500, Lexington, Kentucky 40507 on this the 22nd day of September, 2010.

                                              /s/ J. James Rogan
                                              J. James Rogan