UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

ELIZABETH R. COLLINS                             CASE NO. 10-50990
Debtor

J. JAMES ROGAN, TRUSTEE                          PLAINTIFF

V.                                               Adv No. 10-05065

LITTON LOAN SERVICING, L.P.

THE BANK OF NEW YORK MELLON FKA
THE BANK OF NEW YORK AS SUCCESSOR TO
JP MORGAN CHASE BANK, N.A. AS TRUSTEE
FOR THE BENEFIT OF THE CERTIFICATE
HOLDERS OF POPULAR ABE, INC. MORTGAGE
PASS-THROUGH CERTIFICATES SERIES 2005-3

AIG FEDERAL SAVINGS BANK
d/b/a/ WILMINGTON FINANCE

GMAC MORTGAGE, LLC

### ORDER FOR CONTINUED HEARING

The hearing scheduled for September 23, 2010 at 9:00 a.m. on Motion to Dismiss

of Defendant Citibank, NA as Trustee of 2007-SV1 (Doc. #8)  is rescheduled for

October 21, 2010 at 9:00 a.m. in the Second Floor Courtroom, U.S. Bankruptcy Court,

100 East Vine Street, Lexington, Kentucky.


Pursuant to Local Rule 9022-1(c), J. James Rogan shall cause a copy of this order to be
served on each of the parties designated to receive this order pursuant to Local rule 9022-
1(a) and shall file with the court a certificate of service of the order upon each parties
with fourteen(14) days hereof.

Order tendered by:

J. James Rogan
345 South Fourth Street
Danville, KY 40422

To be Served:

Holly N. Wolf
Attorney for defendant
(electronically served)

All parties in interest receiving electronic noticing.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge
Dated: Thursday, September 23, 2010
(jms)**