# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON

IN RE:

**ELIZABETH R. COLLINS**                                   CASE NO. 10-50990

**DEBTOR**

**J. JAMES ROGAN, TRUSTEE**                                PLAINTIFF

**VS.**                                                    ADVERSARY NO. 10-5065

**LITTON LOAN SERVICING, L.P.;
THE BANK OF NEW YORK MELLON
f/k/a THE BANK OF NEW YORK, As Successor
to JP MORGAN CHASE BANK, N.A., as Trustee
for the Benefit of the Certificate Holders of POPULAR
ABE, INC. Mortgage Pass-Through Certificates
Series 2005-3;
AIG FEDERAL SAVINGS BANK, d/b/a WILMINGTON FINANCE;
GMAC MORTGAGE, LLC**                                      DEFENDANTS

## ORDER

No answer having been filed by or on behalf of the defendants AIG Federal Savings Bank, the Bank of New York Mellon and GMAC Mortgage, LLC, IT IS HEREBY ORDERED that the plaintiff shall file a motion for default judgment against said defendants within ten (10) days from the date of this order.

Copy to:

J. James Rogan, Esq.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:
*Joseph M. Scott, Jr.*
Bankruptcy Judge
Dated: Thursday, September 30, 2010
(jms)**