UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| ELIZABETH R. COLLINS<br>Debtor | CASE NO. 10-50990 |
| J. JAMES ROGAN, TRUSTEE | PLAINTIFF |
| V. | Adv. No. 10-5065 |
| LITTON LOAN SERVICING, L.P. | DEFENDANTS |
| THE BANK OF NEW YORK MELLON FKA<br>THE BANK OF NEW YORK AS SUCCESSOR TO<br>JP MORGAN CHASE BANK, N.A., AS TRUSTEE<br>FOR THE BENEFIT OF THE CERTIFICATE-<br>HOLDERS OF POPULAR ABE, INC. MORTGAGE<br>PASS-THROUGH CERTIFICATES SERIES 2005-3 | |
| AIG FEDERAL SAVINGS BANK<br>d/b/a WILMINGTON FINANCE | |
| GMAC MORTGAGE, LLC | |

**PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO ANSWER
INTERROGATORIES AND NOTICE OF HEARING**

Comes Plaintiff, J. James Rogan Trustee, by counsel and moves the court to enter an order pursuant to Bankruptcy Rule 7037 to compel Defendant Litton Loan Servicing, L.P. to answer Interrogatories served on counsel for Defendant on September 15, 2010. The undersigned counsel for plaintiff certifies that in a telephone conversation with Blaine J. Edmonds, III on or about October 12, 2010, in a discussion concerning extension of discovery deadlines, the undersigned informed counsel for defendant that answers would be due on October 16, 2010.

NOTICE OF HEARING

All parties will take notice that the trustee by counsel will bring on for hearing the

foregoing objection to motion for relief from stay and abandonment in the U.S. Bankruptcy Courtroom, Second Floor, 100 East Vine Street, Lexington, Kentucky 40507 on November 18, 2010 at 9:00 a.m. or as soon thereafter as the trustee may be heard.

/s/ J. James Rogan
J. James Rogan, Trustee
345 South Fourth Street
Danville, Kentucky 40422
(859) 236-8121
ATTORNEY FOR TRUSTEE

CERTIFICATE OF SERVICE

A true and correct copy of the above motion was served electronically to all parties entitled to electronic notice of pleadings in the within adversary proceeding or by U.S. mail on October 22, 2010 to the following:

Blaine J. Edmonds, III
Amanda V. Green
Nielson & Sherry, PSC
639 Washington Avenue
Newport, KY 41071

J. James Rogan