UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| IN RE: | |
| ELIZABETH R. COLLINS | CASE NO. 10-50990 |
| Debtor | |
| | |
| J. JAMES ROGAN, TRUSTEE | PLAINTIFF |
| | |
| V. | Adv. No. 10-5065 |
| | |
| LITTON LOAN SERVICING, L.P. | DEFENDANTS |
| | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR TO JP MORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE-HOLDERS OF POPULAR ABE, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-3 | |
| | |
| AIG FEDERAL SAVINGS BANK d/b/a WILMINGTON FINANCE | |
| | |
| GMAC MORTGAGE, LLC | |

**NOTICE OF DEPOSITON OF GMAC MORTGAGE, LLC
AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Comes Plaintiff J. James Rogan, Trustee, by counsel pursuant to the Bankruptcy Rules 7030, 7030(b) (2) &(6) and 7034 and all other applicable law and gives notice that plaintiff will take the deposition of Defendant GMAC Mortgage, LLC who shall designate one or more officers, directors, managing agents or other persons who consent to testify on its behalf on December 17, 2010 at the hour of 3:00 a.m. in the meeting of

creditors room, Room 529, Community Trust Building, 100 East Vine Street, Lexington, Kentucky 40507

The Deponent GMAC Mortgage, LLC is requested to produce for inspection and copying the following:

1. A copy of the note dated January 28, 2005 executed by Debtor Elizabeth R. Collins, formerly known as Elizabeth Gordon, payable to Wilmington Finance, a division of AIG Federal Savings Bank, in the principal amount of $33,800.00, with all indorsements and allonges attached to the note.

2. Any written document executed by CitiBank, NA, as trustee of 2007-SV1 that authorizes GMAC Mortgage, LLC to represent the interest of CitiBank, NA, as trustee of 2007-SV1 in this adversary proceeding

/s/ J. James Rogan
J. James Rogan, PSC
345 South Fourth Street
Danville, Kentucky 40422
(859) 236-8121
Attorney for Plaintiff

CERTIFICATE OF SERVICE:

The undersigned hereby certifies that a copy of the foregoing notice to take deposition was served electronically or by mailing on November 4, 2010 to the following:

Holly N. Wolf, Esq.
Manley Deas Kochalski PLLC
P.O. Box 165028
Columbus, Ohio 43216-5028
Attorney for GMAC Mortgage LLC

/s/ J. James Rogan