UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON

IN RE:                                                                                    CASE NO. 10-50990

ELIZABETH R. COLLINS
DEBTOR(S)


J. JAMES ROGAN, Trustee
                                                                                           PLAINTIFF(S)

                                                                                           ADV. NO. 10-5065
v.

LITTON LOAN SERVICING LP
AIG FEDERAL SAVINGS BANK
THE BANK OF NEW YORK MELLON
GMAC MORTGAGE LLC
CITIBANK, NA
                                                                                           DEFENDANT(S)

### O R D E R

An order having been entered November 5, 2010 dismissing this proceeding, the court hereby finds the Plaintiff's motion to compel (doc. 32) and Plaintiff's motion to join (doc. 36) moot.

Copies to:
J. James Rogan
Blaine J. Edmonds, III
Holly N. Wolf
Citibank, NA (address per doc. 36)

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Tuesday, November 09, 2010**
**(jms)**